UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAMIKA RIVERS, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>ULTIMATE TRANSPORTATION, LLC, *et al.*,<br><br>　　　　　　　　　Defendants. | Civil Action No. 24-6368 (MAS) (TJB)<br><br>**MEMORANDUM ORDER** |

　　　　This matter comes before the Court upon Plaintiffs Tamika Rivers, Carieann Knucken, Kelly Thomas, and Michal Rico's (collectively, "Plaintiffs") Motion for Default Judgment. (ECF No. 6.) Defendants Ultimate Transportation, LLC and Dennis Liberti did not oppose. Local Civil Rule 7.1(d)(1) provides that "[n]o application will be heard unless the moving papers *and a brief* . . . are filed with the Clerk . . . . The brief shall be a separate document for submission to the Court[.]" L. Civ. R. 7.1(d)(1). Here, Plaintiffs did not file a brief pursuant to Local Civil Rule 7.1(d)(1).[1] Based on the foregoing, and for other good cause shown,

　　　　**IT IS**, on this __17th__ day of December 2024, **ORDERED** as follows:

　　　　1.　　Plaintiffs' Motion for Default Judgment (ECF No. 6) is **DENIED**.

　　　　2.　　Plaintiffs may file a renewed motion for default judgment supported by a legal brief within twenty-one (21) days of the entry of this Memorandum Order.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Michael A. Shipp
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**MICHAEL A. SHIPP**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

---

[1] Local Civil Rule 7.1(d)(4) provides that "[i]n lieu of filing any brief pursuant to L. Civ. R. 7.1(d)(1), (2), or (3), a party may file a statement that no brief is necessary and the reasons therefor." L. Civ. R. 7.1(d)(4). Here, a statement pursuant to Local Civil Rule 7.1(d)(4) would not have sufficed.